1   Laura E. Duffy
    United States Attorney
2   Alessandra P. Serano
    Assistant U.S. Attorney
3   Cal. State Bar No. 204796
    Office of the U.S. Attorney
4   880 Front Street, Room 6293
    San Diego, CA 92101-8893
5   Telephone: (619) 546-8104
    Alessandra.p.serano@usdoj.gov

6   Attorneys for the United States of America

7

8               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No.: 13CR4510-JAH
                                     )
11                Plaintiff,         )  UNITED STATES' MOTION TO
           vs.                       )  UNSEAL INDICTMENT
12                                   )
    AARON DWAYNE PITTMAN, et al.,    )
13                                   )
                                     )
14                Defendant.         )
                                     )
15                                   )
                                     )
16  ───────────────────────────────

17         COMES NOW, the plaintiff, United States of American, by and through its

18  counsel Laura E. Duffy, United States Attorney, and Alessandra P. Serano,

19  respectfully requests, the Court to unseal the Indictment filed in this case.

20

21  DATED:     January 7, 2014        Respectfully submitted,

22                                    LAURA E. DUFFY
                                      United States Attorney
23

24                                    s/Alessandra P. Serano
                                      ALESSANDRA P. SERANO
25                                    Assistant United States Attorney

26

27

28                                        1