# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    vs.<br><br><br>CHRISTOPHER WALL, et al.,<br><br>        Defendant. | ) Case No.: 13-CR-4510-JAH (BLM)<br>)<br>) **ACKNOWLEDGEMENT OF**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Melissa Bobrow, declare and say that:

1. I am employed as an attorney by Christopher Wall.

2. I have read the Protective Order entered in United States of America v. Christopher Wall, Case No. 13-CR-4510-JAH (BLM), and have received a copy of the Protective Order.

3. I promise that I will use any and all Confidential or Confidential - For Counsel Only information, as defined in the Protective Order, given to me only in a manner authorized by the Protective Order, and only to assist counsel in the litigation of this matter.

4. I promise that I will not disclose or discuss such Confidential or Confidential - For Counsel Only information with anyone other than the persons described in the Protective Order.

5. I acknowledge that, by signing this agreement, I am subjecting myself to the

1      jurisdiction of the United States District Court for the Southern District of

2      California with respect to enforcement of the Protective Order.

3     6. I understand that any disclosure or use of Confidential or Confidential - For

4      Counsel Only information in any manner contrary to the provisions of the

5      Protective Order may subject me to sanctions for contempt of court.

6

7 I declare under penalty of perjury that the foregoing is true and correct.

8

9

10 DATED: May 19, 2014                         s./Melissa Bobrow

11                                         Melissa Bobrow
Attorney for Defendant,

12                                         Christopher Wall

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACKNOWLEDGEMENT OF PROTECTIVE ORDER– 2