F I L E D

14 NOV 20 PM 4: 02

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>AARON DWAYNE PITTMAN (1),<br>  aka "Q-Tip", aka "Lil' Q-Tip",<br>ALVIN BERNARD MITCHELL (2),<br>  aka "A.J.", aka "Juice",<br>ROBERT BANKS III (3),<br>  aka "Pimpsy",<br>HAKEEM TAYARI DUNN (4),<br>  aka "Hook",<br>MARCUS ANTHONY STEVENSON (5),<br>  aka "OT", aka "Lil' OT",<br>LABARRON CARNELL COKER (6),<br>  aka "L.B.",<br>MALIK HASSAN KELLY (7)<br>  aka "Double D",<br>HAROLD RANDOLPH MARTIN (8),<br>  aka "Dump", aka "Magic",<br>  aka "Goldie",<br>ANTHONY DWAYNE EDMOND (9),<br>  aka "TY",<br>TONY BROWN (10),<br>  aka "Lil' Play Doh",<br>JAKARI DEANDREZ BLAKE (11),<br>  aka "Kari",<br>JONATHAN DEVON PRICE (14),<br>  aka "Lil' TY",<br>BRADLEY WEST REYNOLDS (15),<br>  aka "Lil' Goldie", | Case No.  13CR4510-JAH<br><br>I N D I C T M E N T<br>(Superseding)<br><br>Title 18, U.S.C., Sec. 1962(d) –<br>Conspiracy to Conduct Enterprise<br>Affairs Through A Pattern of<br>Racketeering Activity; Title 18,<br>U.S.C., Sec. 2423(a) –<br>Transportation of a Minor to<br>Engage in Criminal Sexual<br>Activity; Title 18, U.S.C.,<br>Sec. 1591(a) and (b) – Sex<br>Trafficking of Children or by<br>Force, Fraud or Coercion;<br>Title 18, U.S.C., Sec. 1594(a) –<br>Conspiracy to Violate Sex<br>Trafficking of Children; Title 18,<br>U.S.C., Sec. 1952(a)(3) – Use of<br>Facility in Interstate Commerce to<br>Promote or Facilitate the<br>Promotion, Management,<br>Establishment, or Carrying on of<br>any Unlawful Activity; Title 18,<br>U.S.C., Sec. 2421 – Transportation<br>for Purposes of Prostitution;<br>Title 18, U.S.C., Sec. 2422(a) –<br>Coercion and Enticement; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting; Title 18, U.S.C.,<br>Secs. 1963, 1594(d) and 2428(a) –<br>Criminal Forfeiture |

APS:nlv(2):San Diego
11/20/14

AKILI LYNN COBB (16),
  aka "Cobb",
ANTWON RUASON HOLLINGSWORTH (17),
  aka "Mack Twon",
CHRISTOPHER MICHAEL WALL (18),
  aka "Mac Wall",
EVERETT BURDETTE WILLIAMS (19),
  aka "Polo Flo", aka "Florida",
MARCUS JOHN ANTHONY GRIFFIN (20),
  aka "Money Bagz",
  aka "Tiny Shoob",
NICOLE LEE RICE (22),
  aka "Nikki",
YASENIA ARMENTARO (23),
NADINE DAVIS (24),

                    Defendants.

The grand jury charges:

## Count 1

### THE ENTERPRISE

1.    At various times material to this Indictment:

        a.    Defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil'
Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS
III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY
STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka
"L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN,
aka "Dump", aka "Magic", "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY";
TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka "Kari";
JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil'
Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka
"Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT
BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY
GRIFFIN, aka "Money Bagz", aka "Tiny Shoob"; NICOLE LEE RICE, aka
"Nikki"; YASENIA ARMENTARO; and NADINE DAVIS (collectively
"Defendants"), as well as Dante Levell Grant, aka "Stick Up", Edward

Reynolds, aka "Mobbin' Ed", Ronald Ledon Jackson, aka "Smac", aka "Hunnit" (all charged elsewhere), and others known and unknown to the grand jury, were members, associates and facilitators of an organization known as the "Black MOB/Skanless" ("BMS").

The BMS organization was engaged in a variety of illegal activities, including but not limited to the prostitution of minor and adult females, murder, attempted murder, robbery, and narcotics trafficking. At all relevant times, the BMS operated in the Southern District of California and elsewhere. The organization and the individuals who associate with it for criminal purposes constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter the "Enterprise"), that is, a group of individuals associated in fact. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for the common purpose of achieving the objectives of the Enterprise. The Enterprise was engaged in, and its activities affected, interstate and foreign commerce.

### THE PURPOSE OF THE ENTERPRISE

2. The purposes of the Enterprise included, but are not limited to, the following:

a. Enriching the members and associates of the Enterprise through, among other things, recruiting and maintaining juvenile and adult females to work as prostitutes; the illegal distribution of narcotics; committing robberies; and conducting other profit-driven illegal activities in San Diego County and elsewhere;

b. Maintaining control over illegal activities occurring in BMS "territory" within San Diego County, California, including

3

keeping the public-at-large in fear of the Enterprise, and in fear of its members and associates through threats of violence and violence;

        c. Preserving, protecting and expanding the power of the Enterprise through the use of intimidation, violence, threats of violence, assaults, and other violent crimes as well through rap music and social media.

### BACKGROUND ON THE BMS AND THE ROLE OF THE DEFENDANTS WITHIN THE ENTERPRISE

3. The BMS is primarily comprised of African American gang members from two San Diego gang sets. Primary membership of the BMS comes from members of the "Black MOB" criminal street gang. Unlike traditional street gangs, this group does not claim "Crip" or "Blood" associations and tends to get along with members of both factions. Members of Black MOB make references to the term "the Blackness" and address one another as "Black."

4. Secondary membership of BMS comes from the "Skanless" criminal street gang. Members of Skanless tend to be older members or "big homies" within the Enterprise. Like Black MOB, Skanless does not claim "Crip" or "Blood" associations and tends to get along with members of both factions.

5. Many of the members and associates of the BMS are allied with members and associates of several other criminal street gangs including but not limited to the Neighborhood Crips (NHC), 5/9 Brims, Lincoln Park, East San Diego (E.S.D.), West Coast Crips (W.C.C.) and Garden Boy Crips (G.B.C.). The BMS is comprised of several groups or cliques such as the "Nutty Boys," "No FAB," and "Young Pimpin' Fuck a Bitch" aka "YP FAB." Members of the BMS, including its groups, come

4

together for one common goal, which is to make money through criminal acts and to raise their status within the Enterprise.

6. There are several generations within the BMS, which provides a form of hierarchy where older generations teach and advise the younger generations. In all, BMS acts as a "family" where all members work together committing various criminal acts to make money and further support the Enterprise, which is sometimes referred to as "mobbin." Members of the BMS confer with each other on how best to conduct their criminal activities and assist each other with their criminal activity.

7. Black MOB activities began in San Diego in or about the early 1990s, which led to the gang's number being "190." In 1995, several members of Black MOB perpetrated the homicide of a pizza delivery man, which noted one of the first major offenses perpetrated by members of Black MOB.

8. Skanless also formed in or about the early 1990s. Skanless's gang number is "75."

9. The BMS claims the area of "North Park" San Diego. The boundaries of this area include approximately Interstate 8 to the North, Interstate 805 to the East, Highway 163 to the West, and Upas Street to the South. The BMS claims the North Park water tower located at 4200 Idaho Street as a symbol of their gang territory. The BMS primarily congregates at the North Park Recreation Center located at 4100 Idaho Street but is also known to congregate at Morley Field and Montclair Park in San Diego.

10. Members of the BMS use tattoos to identify themselves as members of Enterprise. These symbols include the North Park Water Tower, "MOB," "75" or the initials "NP" for "North Park." However,

many members distinguish themselves by generation with tattoos such as the "Nutty Boy," which is a picture of a Planters' "Mr. Peanut" character. Other generations use "FAB" ("Fuck a Bitch") and "Skanless." Members of the BMS also identify themselves by displaying hand signs representing their membership. Some of these hand signs include displaying an "MOB," "SK," or "YP." Enterprise members generally wear the color black for "Black MOB" or brown for "Skanless."

11. Many members of the BMS claim to be "rappers" and produce rap music and rap videos. This music raises the Enterprise's status making it a symbol of success and power within the community, thus assisting in recruitment of other members of the Enterprise and victims of prostitution. Members of the BMS have created various rap groups and support each other in the promotion of their music. The lyrics of the Enterprise's music primarily focus on pimping activity and narcotics related activity in San Diego County and across the country. The lyrics also frequently contain mentions of the gang lifestyle and their respective gang sets.

12. BMS has no set procedure to join the Enterprise. Some members have joined due to their family connection or geographical location. Some members have been "jumped in" which requires a new member to be physically beaten by senior, established members of the gang and demonstrate resilience during the beating. Other members have been able to join due to their contribution to the Enterprise, such as selling drugs, obtaining guns, selling and receiving stolen property, or "putting in work," which includes other illegal activities.

13. The BMS puts much of its profit-driven Enterprise focus on prostituting adult and juvenile females throughout San Diego County and the United States:

a. Members and associates of the Enterprise acted as "pimps" (a person who befriends, recruits, trains and/or panders a person for prostitution) and "bottoms" (a pimp's most trusted/senior prostitute) to promote and manage prostitution activities in San Diego County, California, and elsewhere. Other coconspirators facilitated the Enterprise's prostitution activities, assisting Enterprise members and associates in "pimping out" the adult and juvenile prostitutes. Gang-controlled prostitution spawned a "pimping" subculture, known as "The Game," with its own set of rules.

b. The BMS Enterprise adheres to the rules of "The Game," which a pimp would teach to any female he was about to "turn out" or begin prostituting. Prostitutes were expected to maintain absolute loyalty to their pimp, and in fact are often considered the property of the pimp. Prostitutes were not permitted to speak with or even look at other pimps, and may be traded or sold among the pimps. Other pimps were permitted to encourage a prostitute to work for him, and she was allowed to select, or "choose up," to a new pimp, though generally she must pay a "choose up fee" to her new pimp for the privilege. The new pimp then informed the old pimp that the prostitute had decided to leave. Long-term prostitutes frequently obtained tattoos, or other branding, featuring the gang moniker of their pimps. The rules of "The Game" also included instructions related to interactions with other prostitutes ("wifeys" or "wifeys-in-law"), and interactions with prostitution clients ("johns" or "tricks").

c.  A prostitute was expected to provide her pimp with the money earned through her prostitution activities.  In exchange, the prostitute received protection, clothing, housing, cars, and food from her pimp.  Prostitutes who attempted to carry out their business without a pimp, known as "renegading," or prostitutes who were suspected of cooperating with law enforcement investigations may be subject to punishment by the Enterprise and were labeled as "snitches" by the Enterprise.  This labeling was to encourage physical punishment to these females.  Enterprise members jointly enforced the rules of "The Game" on prostitutes who were ignoring the rules, or "out-of-pocket." This would typically be done through violence or threats of violence.  Pimps known for controlling their prostitutes through force were considered "gorilla pimps," while those who convinced their prostitutes to abide by the rules without violence are "finesse pimps." "Finesse Pimps" usually use fraud, coercion, and emotional manipulation to get their prostitutes to follow their rules.

d.  Enterprise members and associates cooperated to promote the prostitution activities of the Enterprise, primarily in and around low-cost motels in Rancho Bernardo, North County and Mission Valley, California.

e.  Members frequently pooled resources to further the prostitution activities of the Enterprise by, for instance, sharing vehicles used to transport prostitutes, computers used to post advertisements, and motel rooms in which the "dates" occur. Enterprise members also worked together to monitor law enforcement and monitor other pimps' girls.  Enterprise members and associates traveled together to prostitute females in other states.

8

1      f.    Enterprise members and associates also worked together
2  to recruit new prostitutes.  Recruitment efforts generally focused on
3  vulnerable females, particularly those from a broken home or runaways.
4  Both pimps and their "bottoms" recruited new prostitutes. To "turn
5  out" or initiate a new prostitute, pimps and bottoms utilized various
6  methods to manipulate the woman, including false promises of a
7  luxurious lifestyle, intimidation, and actual or threatened violence.
8  Pimps regularly furnished drugs and alcohol to lower the recruited
9  prostitute's inhibitions and increase her productivity.

10     14.    At various times material to this Indictment, the defendants
11 had the following roles in the Enterprise.

12     a.    BMS  Enterprise  Members:  Defendants  AARON  DWAYNE
13 PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL,
14 aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI
15 DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT";
16 LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double
17 D"; HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie";
18 ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh";
19 JAKARI DEANDREZ BLAKE, aka "Kari"; JONATHAN DEVON PRICE, aka "Lil'
20 TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka
21 "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER
22 MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo
23 Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz",
24 aka "Tiny Shoob"; and Dante Levell Grant, aka "Stick Up"; Ronald Ledon
25 Jackson, aka "Smac", aka "Hunnit"; Edward Reynolds, aka "Mobbin' Ed"
26 (all charged elsewhere) were members of BMS Enterprise.  Each BMS
27 member may be a "Big Homie" or "Lil' Homie" within the Enterprise.
28 Members were expected to "hustle" on behalf of the Enterprise, with

their efforts focused upon a variety of profit-making illegal activity, including drug trafficking, robberies, extortion and, in recent years, the prostitution of juvenile and adult females. To protect and expand these illegal ventures, members defend Enterprise territory against competing gangs, cooperate to detect and avoid law enforcement, and intimidate members of the community.

b. BMS Enterprise Associates: Defendants NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVI were associates of the BMS Enterprise. Associates - all of whom are "bottoms" or "bottom bitches" for a pimp member of the Enterprise - assisted the pimp - members in recruiting and training other females to work as prostitutes, and provide logistical support like computers, online accounts and pre-paid credit cards for the new prostitutes and other pimps.

**THE MEANS AND METHODS OF THE ENTERPRISE**

15. Defendants and their coconspirators and associates used the following methods and means, among others, to conduct and participate in the conduct of the affairs of the Enterprise:

a. Defendants used the Enterprise to promote and expand their prostitution of juvenile and adult females. BMS Enterprise members used their status and reputation as gang members to further the Enterprise's illegal prostitution activities.

b. Members and associates of the Enterprise, acting as pimps, bottoms, and other coconspirators, solicited, enticed, coerced and persuaded adult and juvenile females from various locations where minors congregate, to work for them as prostitutes. Members of the Enterprise also conducted online recruitment through social networking

websites like Instagram, Facebook, and Twitter, as well as through other previously recruited prostitutes.

     c.    Members of the enterprise, acting as pimps and bottoms, instructed prostitutes on the "rules of the game," which are rules that prostitutes are expected to obey without question.

     d.    Members of the Enterprise, acting as pimps, controlled their females, and punished them if they broke the rules set by the pimp. Punishment included physical beatings, verbal lashings and other humiliating acts towards the prostitute.

     e.    Members of the Enterprise, acting as pimps, sold, traded or "gifted" prostitutes to other pimps, and such gifted prostitutes were forced to work for the receiving pimp.

     f.    Members of the Enterprise, acting as pimps, transported female prostitutes to various locations in San Diego County and elsewhere in the United States, including known areas of prostitution (called "tracks" or "blades"), private residences, hotels and motels that would facilitate such activity and places and events with large customer base such as professional sporting events.

     g.    Members of the Enterprise, acting as pimps, transported their female prostitutes across state lines, to states including, but not limited to: Alaska, Nevada, Arizona, Hawaii, Colorado, Texas, New Jersey, New York, Washington D.C., Idaho, Illinois, Pennsylvania, Colorado, Utah, Washington, Florida, Virginia, and Kansas.

     h.    Members of the Enterprise, acting as pimps, bottoms and coconspirators, provided logistical support for each other, including but not limited to renting motel rooms for one another, transporting prostitutes for each other, sharing computers, data, mobile internet

connections, online accounts (like Backpage.com) and prepaid credit cards to post prostitution ads.

        i.   Members of the Enterprise also shared prostitution intelligence such as what areas to work and what websites will generate the most business.

        j.   Members of the Enterprise, acting as pimps, directed adult and juvenile prostitutes working for them to rent hotel and motel rooms to use as temporary residences for the pimps and prostitutes as well as to commit acts of prostitution.

        k.   Members of the Enterprise, acting as pimps, provided to, and directed others to provide for, their prostitutes specific items to further their prostitution activity, including cellular telephones, laptop computers, wireless internet connections, prepaid credit cards and condoms.

        l.   Members of the Enterprise, acting as pimps, directed adult and juvenile females working for them to have sex with clients for money, and then required the females to provide the money earned to the pimp.

        m.   Members of the Enterprise, acting as pimps, threatened and used force to coerce the females working as prostitutes into being compliant, to protect the monies they received from prostitutes, and to protect and to expand their territory to work prostitution.

        n.   Members of the Enterprise, acting as pimps, provided controlled substances, as well as alcohol, to the females working as prostitutes, to manipulate their loyalty and increase productivity.

        o.   Members and associates of the Enterprise committed robberies to generate income.

1   p.   Members and associates of the Enterprise engaged in the
2   trafficking of controlled substances to generate income.

3   q.   Members of the Enterprise committed, attempted to
4   commit, and threatened to commit acts of violence to protect and
5   expand the Enterprise's criminal operation, and to intimidate the
6   general public.   These acts included murder, attempted murder,
7   assaults, intimidation, and threats of violence directed against rival
8   gang members, members of law enforcement, and witnesses in criminal
9   cases.

## THE RACKETEERING CONSPIRACY

11  16.   Beginning in or about 1995, and continuing up to and
12  including the present, within the Southern District of California and
13  elsewhere, defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-
14  Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS
15  III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY
16  STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka
17  "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN,
18  aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka
19  "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka
20  "Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS,
21  aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON
22  HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac
23  Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida";
24  MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob";
25  NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, as
26  well as Dante Levell Grant, aka "Stick Up", Ronald Ledon Jackson,
27  aka "Smac", aka "Hunnit", and Edward Reynolds, aka "Mobbin' Ed", (all
28  charged elsewhere) and others known and unknown to the grand jury,

13

being persons employed and associated with the Enterprise (as defined above), which Enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conspire with each other, and with other persons, to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the Enterprise's affairs through a pattern of racketeering activity involving multiple acts chargeable under the following provisions under State law and punishable by imprisonment for more than one year:

a.  Acts and threats involving murder in violation of California Penal Code, Sections 182, 187, 422 and 664;

b.  Acts involving kidnapping in violation of California Penal Code Sections 182, 207(a), 664;

c.  Acts involving robbery in violation of California Penal Code, Sections 182, 211, 212.5, 664;

d.  Acts involving drug trafficking in violation of California Health and Safety Code, Sections 11351.5, 11352, 11359, 11360, 11378, 11379;

and multiple acts indictable under the following provisions of federal law:

e.  Title 18, United States Code, Section 1591 (sex trafficking of children or by force, fraud, and coercion);

f.  Title 18, United States Code, Section 1952 (interstate and foreign travel or transportation in aid of racketeering);

g.  Title 18, United States Code, Section 1956 (money laundering);

h. Title 18, United States Code, 2421 (Mann Act)

i. Title 18, United States Code, Section 2423 (transportation of minors);

and multiple acts involving distribution of narcotics in violation of:

j. Title 21, United States Code, Sections 841(a) and 846 (Possession of controlled substance for distribution)

17. It was a further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

## OVERT ACTS

18. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants and their co-conspirators committed the following overt acts, among others, in San Diego County, within the Southern District of California, unless otherwise specified, on or about the dates set forth below:

(1) On or about January 21, 1995, three unindicted coconspirators and defendant HAKEEM TAYARI DUNN, killed T.K. in the North Park area of San Diego, California.

(2) On or about March 10, 2000, defendants TONY BROWN, MALIK HASSAN KELLY, and an unindicted conspirator sold cocaine base to an undercover detective in San Diego, California.

(3) On or about August 12, 2000, defendants TONY BROWN and ROBERT BANKS III transported 16 year old minor female ("MF" 1) from San Diego, California to Las Vegas, Nevada for the purpose of prostitution.

(4) On March 31, 2001, defendants ROBERT BANKS III and TONY BROWN transported three minor females (MF9, MF10, MF11) from San Diego to Los Angeles, California for prostitution.

15

(5)  On or about October 16, 2002, defendants ALVIN BERNARD MITCHELL and HAROLD RANDOLPH MARTIN transported by vehicle, a 15 year old girl, MF8, and an adult female ("AF" #42), from California to Las Vegas, Nevada for the purpose of prostituting the females.

(6)  On, about and between June 2004-January 22, 2007, defendant HAKEEM TAYARI DUNN recruited and maintained MF5 for prostitution in San Diego, California.

(7)  On or about September 28, 2004, defendant LABARRON CARNELL COKER transported 700 grams of marijuana in San Diego, California.

(8)  On or about December 8, 2004, defendant BRADLEY WEST REYNOLDS and an unindicted coconspirator attempted to rob property belonging to an adult male near 3900 Idaho Street, near the North Park Recreation Center, San Diego.

(9)  On or about March 4, 2005, defendants MALIK HASSAN KELLY, LABARRON CARNELL COKER, TONY BROWN and an unindicted conspirator were associating which one another on El Cajon Boulevard, San Diego, California.

(10) On or about June 2, 2005, defendant EDWARD REYNOLDS (charged elsewhere) possessed approximately 53.9 grams of marijuana for the purpose of distribution.

(11) On or about July 17, 2005, defendant LABARRON CARNELL COKER possessed with intent to sell marijuana in San Diego, California.

(12) On or about October 31, 2005, defendants ANTHONY DWAYNE EDMOND and EDWARD REYNOLDS (charged elsewhere) were in a vehicle together in San Diego, California where EDWARD

16

REYNOLDS possessed approximately 39.8 grams of marijuana for the purpose of distribution.

(13) On or about November 22, 2006, defendant RONALD LEDON JACKSON (charged elsewhere) kidnapped AF22 at the El Pollo Loco Restaurant located at 5415 El Cajon Boulevard in San Diego, California.

(14) On or about December 1, 2006, defendant TONY BROWN attempted to entice AF11 to get into his vehicle by offering her marijuana and money near 3700 El Cajon Boulevard, San Diego, California.

(15) On or about March 31, 2007, defendant BRADLEY WEST REYNOLDS used a firearm to rob a cell phone from R.C. on 34th Avenue in San Diego, California.

(16) On or about May 24, 2007, defendant EVERETT BURDETTE WILLIAMS took by force a purse from A.L. in San Diego, California.

(17) On or about June 10, 2007, defendant AKILI LYNN COBB possessed and transported 911 grams of marijuana in a vehicle in San Diego, California.

(18) On or about June 18, 2007, defendant EDWARD REYNOLDS (charged elsewhere) and an unindicted coconspirator robbed W.R. of his cell phone using force and fear in San Diego, California.

(19) On or about June 21, 2007, defendant HAROLD RANDOLPH MARTIN possessed with intent to distribute 96 tablets of ecstasy near 4400 Texas Street, San Diego, California.

(20) On or about October 26, 2007, defendant EDWARD REYNOLDS (charged elsewhere) kidnapped AF41, and transported her in a

vehicle while physically beating her in San Diego, California.

(21) On or about October 27, 2007, defendant LABARRON CARNELL COKER possessed 5 pills, which later tested positive for MDMA and Methamphetamine.

(22) On or about November 27, 2007, defendant RONALD LEDON JACKSON (charged elsewhere) assaulted AF4 in La Mesa, California.

(23) On or about December 31, 2007, defendant ALVIN BERNARD MITCHELL transported an adult female, AF30, from Nevada to Scottsdale, Arizona for the purpose of prostitution.

(24) In or about January 2008, defendant ALVIN BERNARD MITCHELL transported an adult female, AF37, from in Las Vegas, Nevada, to California, for the purpose of prostitution.

(25) On or about February 27, 2008, defendant AARON DWAYNE PITTMAN took AF43's purse by force and fear at 3328 Daley Center Drive, San Diego.

(26) On or about April 2, 2008, defendant ALVIN BERNARD MITCHELL transported an adult female, AF30, from Nevada to Santa Barbara, California for the purpose of prostitution.

(27) In or about May 2008, defendant ALVIN BERNARD MITCHELL recruited an adult female, AF26, in Las Vegas, Nevada, to engage in prostitution and taught her the rules of the "game."

(28) On or about May 25, 2008, defendants ANTWON RUASON HOLLINGSWORTH and BRADLEY WEST REYNOLDS were together at the North Park Recreation Center where REYNOLDS told an officer that it was "his park."

(29) On or about July 12, 2008, defendant EVERETT BURDETTE WILLIAMS possessed a flare gun as a concealed weapon.

(30) On or about September 26, 2008, defendants MARCUS JOHN ANTHONY GRIFFIN, ANTHONY DWAYNE EDMOND, and MARCUS ANTHONY STEVENSON were contacted in the North Park area of San Diego, California and referred to each other as "black."

(31) On, in, or about October 2008, defendant MALIK HASSAN KELLY transported an adult female, AF33, to El Cajon Boulevard and had her work as a prostitute for him under fear of force and violence.

(32) On or about October 7, 2008, defendant JAKARI DEANDREZ BLAKE provided a cell phone to an adult female, AF34, for the purpose of promoting prostitution while she was in Kansas, having traveled from San Diego, California.

(33) On or about April 1, 2009, defendant MALIK HASSAN KELLY physically assaulted an adult female, AF2, to cause her to engage in prostitution.

(34) On or about June 17, 2009, defendant HAROLD RANDOLPH MARTIN took by force and fear $180.00 from M.R. in Vista, California.

(35) On or about and between July 2009 and October 19, 2009, defendant HAROLD RANDOLPH MARTIN caused an adult female, AF1, to work as a prostitute by force and fear.

(36) On or about September 16, 2009, defendant NICOLE LEE RICE advertised for prostitution on Craigslist in San Diego.

(37) On or about December 4, 2009, defendant DANTE LEVELL GRANT (charged elsewhere) along with two un-indicted

coconspirators took property from E.S.M. in San Diego, California.

(38) On or about December 26, 2009, defendant MARCUS ANTHONY STEVENSON attempted to murder AF28 after he forced entry into her apartment, prohibited her from leaving the apartment, and choked her until she lost consciousness.

(39) In or about March 2010, defendant MARCUS JOHN ANTHONY GRIFFIN "turned out" AF16 in San Diego, California.

(40) On or about March 7, 2010, defendants ANTHONY DWAYNE EDMOND and CHRISTOPHER MICHAEL WALL were contacted together at North Park Recreation Center wearing "F.A.B." on clothing.

(41) On or about July 29, 2010, defendant JAKARI DEANDREZ BLAKE received approximately $1,100 of prostitution proceeds from AF34 via Western Union from San Antonio, Texas, to San Diego, California.

(42) On or about August 24, 2010, defendant HAKEEM TAYARI DUNN threatened to physically harm and shoot K.O. and E.F. for their security company's cooperation with police in the arrest of unindicted coconspirator.

(43) On or about August 28, 2010, defendants LABARRON CARNELL COKER and ANTHONY DWAYNE EDMOND supervised and maintained AF3 to work as a prostitute in Santa Ana, California.

(44) On or about October 30, 2010, defendants CHRISTOPHER MICHAEL WALL and ANTHONY DWAYNE EDMOND were with AF29 and AF31 at the Premier Inn, 2484 Hotel Circle Place, San Diego, California where WALL furnished AF29 with Ecstasy, a controlled substance.

(45) On or about November 6, 2010, defendant ANTWON RUASON HOLLINGSWORTH transported AF46 and AF47 to conduct prostitution acts in Oceanside, California.

(46) On or about December 22 and 30, 2010, AF25 sent two wire transfers to defendant ANTWON RUASON HOLLINGSWORTH via Western Union totaling $1,000.00 from prostitution proceeds.

(47) Sometime in 2011, in San Diego, California, defendant RONALD LEDON JACKSON sold seven (7) Vicodin pills, a controlled substance, to AF40.

(48) On or about January 23, 2011, a picture was posted to defendant EVERETT BURDETTE WILLIAMS' Facebook account depicting him and defendant CHRISTOPHER MICHAEL WALL displaying the Black MOB gang hand sign, and WILLIAMS is shown wearing a "North Park" sweatshirt.

(49) On or about January 28, 2011, defendant EVERETT BURDETTE WILLIAMS posted a picture to his Facebook account showing him with defendants CHRISTOPHER MICHAEL WALL and EDWARD REYNOLDS (charged elsewhere) congregating with each other at a park he refers to as "YP Park."

(50) On or about February 9, 2011, defendant EVERETT BURDETTE WILLIAMS stated he was part of the Black MOB criminal street gang while on Idaho and El Cajon Boulevard.

(51) On or about February 11, 2011, defendants EVERETT BURDETTE WILLIAMS and EDWARD REYNOLDS were together in an area known for street prostitution, located at 4200 Wilson Avenue, San Diego, California.

(52) On or about February 28, 2011, defendant EVERETT BURDETTE WILLIAMS posted a picture to his Facebook account of him and

21

defendant EDWARD REYNOLDS while REYNOLDS is displaying a Black MOB gang hand sign.

(53) On or about April 20, 2011, defendant DANTE LEVELL GRANT (charged elsewhere) posted a comment on Facebook offering marijuana to others.

(54) On or about May 5, 2011, defendants CHRISTOPHER MICHAEL WALL and EVERETT BURDETTE WILLIAMS were interviewed in a recorded video about pimping in North Park, San Diego, California.

(55) On or about May 11, 2011, defendants RONALD LEDON JACKSON (charged elsewhere), CHRISTOPHER MICHAEL WALL and EVERETT BURDETTE WILLIAMS appeared in a You Tube video uploaded to the internet called "Have to Sho" where JACKSON and WALL rap about pimping and gang activity.

(56) On or about June 3, 2011, defendants RONALD LEDON JACKSON (charged elsewhere) and MARCUS JOHN ANTHONY GRIFFIN appeared in a You Tube video uploaded to the internet called "Shot a Movie" where JACKSON and GRIFFIN rap about pimping and show several females who they claimed were their "bitches."

(57) On or about October 10, 2011, defendant EVERETT BURDETTE WILLIAMS posted a picture to his Facebook account of a large amount of cash on a laptop computer with comments including "Band Clan", "#FAB" and "Bitch you ain't payin me so fuck you don't talk to me."

(58) On or about December 6, 2011, defendant RONALD LEDON JACKSON (charged elsewhere) used force and fear towards AF40 to have her engage in prostitution.

22

(59) On or about December 30, 2011, defendant EVERETT BURDETTE WILLIAMS provided and maintained a 16 year old female, MF2, as a prostitute in San Diego, California.

(60) On or about February 4, 2012, defendant JONATHAN DEVON PRICE traveled from San Diego, California to El Paso, Texas and rented a room for AF6 and AF10 for the purpose of prostitution.

(61) On or about February 8, 2012, defendant AARON DWAYNE PITTMAN arranged for defendant NICOLE LEE RICE to fly from Phoenix, Arizona to Orlando, Florida for the purpose of committing prostitution.

(62) On or about February 14-15, 2012, defendant CHRISTOPHER MICHAEL WALL transported AF35 from San Diego to Denver, Colorado for the purpose of prostitution.

(63) On or about February 28, 2012, defendant JONATHAN DEVON PRICE arranged for AF10 to travel to El Paso, Texas from San Diego, California for the purpose of prostitution.

(64) On or about February 28, 2012, defendant RONALD LEDON JACKSON (charged elsewhere) appeared in a You Tube video uploaded to the internet called, "This Way" where JACKSON raps about pimping and states he is a "pimp too."

(65) In or about and between March 2012 to September 2012, defendant BRADLEY WEST REYNOLDS maintained AF20 for the purpose of prostitution.

(66) On or about March 23, 2012, defendant AARON DWAYNE PITTMAN supervised AF15 to engage in prostitution in Old Town San Diego, California.

(67) On or about March 29, 2012, defendant JONATHAN DEVON PRICE transported AF6 to the Marriott Hotel in San Diego, California for the purpose of prostitution.

(68) On or about April 6, 2012, defendant AARON DWAYNE PITTMAN supervised AF15 in prostitution while she was working as a prostitute at the La Quinta Inn and Suites in San Diego, California.

(69) On or about April 8, 2012, defendant AARON DWAYNE PITTMAN posted a photograph to his Facebook page depicting defendant NICOLE LEE RICE and AF15 with the caption of "Team Tip."

(70) On or about April 24, 2012, defendant LABARRON CARNELL COKER took pictures of AF39, posted her an advertisement on Backpage.com and directed her to rent a hotel room at the Premiere Inn in San Diego, California to engage in prostitution acts.

(71) On or about April 28, 2012, defendant RONALD LEDON JACKSON (charged elsewhere) and AF4 were staying in Room 253 at the Atrium Hotel in Irvine, California for the purposes of prostitution, where JACKSON assaulted AF4 and jumped off of the second floor balcony when police arrived to the hotel room.

(72) In or about May 2012, defendants ANTHONY DWAYNE EDMOND and ANTWON RUASON HOLLINGSWORTH texted one another about locating areas in Jacksonville, Florida profitable for prostitution.

(73) Sometime between May 2012 and November 2012, defendant AKILI LYNN COBB directed AF39 to travel to Las Vegas, Nevada from San Diego, California for the purpose of prostitution.

(74) On or about June 12, 2012, defendants EVERETT BURDETTE WILLIAMS and NADINE DAVIS traveled from San Diego to Denver, Colorado via Phoenix, Arizona for the purpose of prostitution.

(75) On or about June 15, 2012, defendant TONY BROWN had a picture of the North Park water tower posted to his Facebook profile with a comment stating, "#OGTOWERBOY," a nickname for an "Original Gangster" North Park gang member.

(76) On or about and between June 27-July 8, 2012, defendant ANTHONY DWAYNE EDMOND received approximately $3,000 from AF23 via Money Gram money transfers from New York and New Jersey to San Diego while AF23 was traveling across the country for prostitution purposes.

(77) On or about July 8, 2012, defendant EVERETT BURDETTE WILLIAMS posted a picture to his Facebook account of him, defendant NADINE DAVIS, and AF12 in a vehicle together where WILLIAMS is displaying the "YP FAB" hand sign and comments "The driver bitch mine too bro. Yeah Flo got the bitch bro."

(78) On or about July 12, 2012, defendant CHRISTOPHER MICHAEL WALL and AF35 travelled from Long Beach, California to Anchorage, Alaska for the purpose of prostitution.

(79) On or about July 15, 2012, defendants HAKEEM TAYARI DUNN and DANTE LEVELL GRANT and an unindicted coconspirator assaulted a 15 year old girl, MF3, who was working as a prostitute for GRANT in San Diego, California.

(80) On, in, or about August and September of 2012, defendant ANTWON RUASON HOLLINGSWORTH received Promethazine Codeine on

1    at least five occasions and offered to sell the controlled
2    substance to several customers via text messages.

3    (81) On, in, or about September 2012 to December 2012, defendant
4         BRADLEY WEST REYNOLDS maintained AF7 for the purpose of
5         prostitution.

6    (82) On or about September 8, 2012, defendant ANTWON RUASON
7         HOLLINGSWORTH sold marijuana in San Diego, California.

8    (83) On or about September 8, 2012, defendant ANTWON RUASON
9         HOLLINGSWORTH had tattoos of the YP FAB gang sign, FAB and
10        MOB.

11   (84) On or about September 12, 2012, defendant NADINE DAVIS
12        rented a hotel room in Los Angeles for the purpose of the
13        prostitution of AF12.

14   (85) On or about and between September 21-24, 2012, defendants
15        AARON DWAYNE PITTMAN, NICOLE LEE RICE, and YASENIA ARMENTERO
16        traveled from San Diego, California to Honolulu, Hawaii via
17        LAX for the purposes of prostitution.

18   (86) On or about September 29, 2012, defendants AARON DWAYNE
19        PITTMAN, NICOLE LEE RICE, and YASENIA ARMENTERO were
20        associating with one another at the La Quinta Inn and
21        Suites, San Diego, California.

22   (87) On or about October 23, 2012, defendant AARON DWAYNE PITTMAN
23        traveled with defendant YASENIA ARMENTERO from San Diego to
24        Tempe, Arizona for the purpose of her to engage in
25        prostitution.

26   (88) On or about October 23, 2012, defendants EVERETT BURDETTE
27        WILLIAMS and NADINE DAVIS traveled from San Diego,
28

California to Honolulu, Hawaii for the purpose of prostitution.

(89) From in or about and between November 2012 to February 2013, defendant AKILI LYNN COBB while in custody at a San Diego jail directed and encouraged AF39's prostitution.

(90) On or about November 2, 2012, defendant EVERETT BURDETTE WILLIAMS posted a picture to his Facebook account of himself under a "North Park" sign while he displayed the "YP FAB" gang hand sign.

(91) On or about November 7, 2012, defendant BRADLEY WEST REYNOLDS claimed to be a member Black MOB.

(92) In or about December 2012, defendant EDWARD REYNOLDS (charged elsewhere) picked up approximately $1800 in prostitution proceeds from a residence and gave it to defendant NADINE DAVIS for a prostitution trip and a lawyer for defendant EVERETT BURDETTE WILLIAMS.

(93) In or about December 2012, defendant EVERETT BURDETTE WILLIAMS purchased plane tickets for defendant NADINE DAVIS and AF9 to travel from San Diego, California to New Jersey for the purpose of prostitution.

(94) On or about and between December 16-18, 2012, defendant LABARRON CARNELL COKER sent several instant messages to AF8 using his Facebook profile offering to sell her $130 worth of marijuana.

(95) On or about and between December 17-18, 2012, defendant NADINE DAVIS posted prostitution advertisements to Backpage.com for herself and AF9 in Orange County, California and Riverside County, California.

(96) On or about December 18, 2012, defendant LABARRON CARNELL COKER offered to send two ounces of marijuana to an unindicted coconspirator by setting up the transaction using Facebook instant messaging.

(97) On or about December 26, 2012, defendant EVERETT BURDETTE WILLIAMS instructed defendant NADINE DAVIS to contact defendant BRADLEY WEST REYNOLDS to maintain AF9 as a prostitute while WILLIAMS was in custody.

(98) In or about January 2013, defendant BRADLEY WEST REYNOLDS gave $500.00 to defendant NADINE DAVIS then took her to the airport to travel to New Jersey to work as a prostitute at defendant EVERETT BURDETTE WILLIAMS' direction.

(99) In or about January 2013, defendant BRADLEY WEST REYNOLDS took AF20 to Las Vegas, Nevada from San Diego, California for the purpose of prostitution.

(100) On or about January 8, 2013, defendant BRADLEY WEST REYNOLDS had "MOB" and "NP" tattoos.

(101) On or about January 8, 2013, defendant EVERETT BURDETTE WILLIAMS is featured in a You Tube video named "Money and Bitches" where WILLIAMS raps about pimping and features defendants NADINE DAVIS, EDWARD REYNOLDS (charged elsewhere), BRADLEY WEST REYNOLDS with another adult female who worked as a prostitute.

(102) On or about January 14, 2013, defendant CHRISTOPHER MICHAEL WALL arranged for AF17 to travel from Las Vegas, Nevada to San Diego, California for the purpose of prostitution.

(103) On or about January 17, 2013, defendant CHRISTOPHER MICHAEL WALL harbored and maintained MF4 at La Quinta Inn in Carlsbad, California.

(104) On or about January 28, 2013, a digital album called "Smoothest in my Section" was uploaded to Datpiff.com featuring several rap songs about pimping and gang activity by defendant EVERETT BURDETTE WILLIAMS.

(105) On or about January 30, 2013, defendant MARCUS ANTHONY STEVENSON assaulted AF44 after she refused to continue to work as a prostitute for him.

(106) On or about January 31, 2013, in San Diego, defendants AARON DWAYNE PITTMAN and YASENIA ARMENTERO managed, supervised, and maintained AF12 for prostitution.

(107) On or about February 9, 2013, defendant EVERETT BURDETTE WILLIAMS called defendant NADINE DAVIS from jail custody and directed her to deposit $5,000 of her prostitution proceeds in his Navy Federal Credit Union Bank account.

(108) On, about and between February 10-13, 2013, defendant YASENIA ARMENTERO posted four online prostitution advertisements for AF21 in San Diego, California, collected prostitution proceeds from AF21, and used those proceeds to bail defendant AARON DWYANE PITTMAN out of jail.

(109) On or about February 11, 2013, defendant RONALD LEDON JACKSON (charged elsewhere) assaulted AF4 in La Mesa, California.

(110) On or about and between February 21-26, 2013, defendant NICOLE LEE RICE and AF21 drove from San Diego, California to

Arizona for the purpose of prostitution while working for defendant AARON DWAYNE PITTMAN.

(111) On or about February 23, 2013, defendant ANTWON RUASON HOLLINGSWORTH used a cell phone to post an online prostitution advertisement to Backpage.com for AF9 while she was working as a prostitute in Arizona.

(112) On, about and in March 2013, defendant EDWARD REYNOLDS (charged elsewhere) sold Promethazine Codeine to an unindicted conspirator.

(113) On or about March 3, 2013, defendant ANTWON RUASON HOLLINGSWORTH posted a video to his Twitter feed entitled "Cross Country", which contains Hollingsworth rapping about out of state prostitution.

(114) On or about March 3, 2013, defendant AARON DWAYNE PITTMAN and an unindicted coconspirator attempted to murder M.M. outside the F-6 Club, 800 6th Avenue, San Diego.

(115) On or about March 14, 2013, while working for defendant AARON DWAYNE PITTMAN, defendant NICOLE LEE RICE posted an ad on backpage.com for prostitution, and rented a hotel room at the Rodeway Inn in San Diego for purposes of prostitution.

(116) On or about March 28, 2013, defendant AARON DWAYNE PITTMAN supervised, managed and maintained defendant YASENIA ARMENTERO for prostitution at the Ramada Inn.

(117) Sometime in or about April 2013, defendant MARCUS JOHN ANTHONY GRIFFIN met AF32 in Las Vegas, Nevada, traveled with her to Phoenix, Arizona to engage in prostitution.

(118) In or about and between April 2013 to July 2013, defendant ALVIN BERNARD MITCHELL transported AF36 from Las Vegas,

Nevada to Santa Barbara, California for the purpose of prostitution.

(119) On or about April 6, 2013, defendant MARCUS JOHN ANTHONY STEVENSON attempted to murder A.A. in San Diego, California.

(120) On or about April 16, 2013, defendant LABARRON CARNELL COKER offered to sell $575 worth of marijuana to another male using COKER's Facebook profile instant messaging.

(121) On or about April 16, 2013, defendant JAKARI DEANDREZ BLAKE and AF34 traveled from San Diego to Scottsdale, Arizona for purposes of prostitution.

(122) On or about May 17, 2013, defendant MARCUS JOHN ANTHONY GRIFFIN purchased a bus ticket for AF38 from San Diego to Phoenix, Arizona for the purpose of prostitution.

(123) On or about May 26, 2013, defendant ANTWON RUASON HOLLINGSWORTH posted a video link on his Twitter account of him firing an assault weapon at a firing range with a comment "What you think we playin?"

(124) On, about and between May 28, 2013 to June 13, 2013, defendant MARCUS JOHN ANTHONY GRIFFIN transported AF32 and AF38 from California to Idaho for the purpose of prostitution.

(125) On or about June 2013, defendant NICOLE LEE RICE recruited AF45 to work with her doing prostitution, claiming she could make a large amount of money in San Diego, California and in Arizona.

(126) On or about June 2, 2013, defendant ROBERT BANKS III received approximately $500.00 from AF48 in prostitution

proceeds via Money Gram from Phoenix, Arizona to San Diego, California.

(127) On or about June 25, 2013, defendant MALIK HASSAN KELLY received approximately $450.00 in prostitution proceeds from AF49 via Western Union from San Diego, California to Westminster, California.

(128) On or about June 26, 2013, defendant CHRISTOPHER MICHAEL WALL supervised AF13 (formerly MF4) engaging in prostitution at the Motel 6 in Carlsbad, California.

(129) On or about and between June 2013 and July 16, 2013, defendants AARON DWAYNE PITTMAN and NICOLE LEE RICE recruited and maintained a minor female, MF6, for the purpose of prostitution in the County of San Diego, California.

(130) On or about July 10, 2013, defendant AARON DWAYNE PITTMAN pushed defendant YASENIA ARMENTERO, took her purse, and ran from the police.

(131) On, about and between August 2013 and September 2013, defendants AARON DWAYNE PITTMAN and TONY BROWN communicated with each other via telephone and email concerning how PITTMAN's property would be handled while PITTMAN was in custody, how BROWN "beat" his prior pimping case with MF1, and how PITTMAN should handle his current pimping case.

(132) On or about August 1, 2013, defendant NICOLE LEE RICE went with AF27 (formerly MF6) and AF24 to R.N.'s house in Carlsbad, California where after the "date" was completed, approximately $2,000 was stolen from his residence.

(133) On or about August 2, 2013, defendant YASENIA ARMENTERO arranged a prostitution "date" with an adult male for herself and AF27 to give a massage and a "hand job" for money and thereafter, defendant AARON DWAYNE PITTMAN picked the girls up from the "date."

(134) On, about and between September 14-15, 2013, defendant LABARRON CARNELL COKER did transport MF7 to Las Vegas, Nevada from California for purposes of prostitution.

(135) On, about and between September 28, 2013 to October 5, 2013, defendant LABARRON CARNELL COKER transported MF7 from California to Arizona for purposes of prostitution.

(136) On or about October 11, 2013, defendant ANTHONY DWAYNE EDMOND sold 60 pills of a controlled substance (Schedule III) to CW8, a cooperating witness.

(137) On, about and between November 28, 2013 and December 4, 2013, defendant AKILI LYNN COBB offered marijuana for sale on his Facebook page.

All in violation of Title 18, United States Code, Section 1962(d).

### Count 2

On or about August 12, 2000, within the Southern District of California and elsewhere, defendants ROBERT BANKS III, aka "Pimpsy" and TONY BROWN, aka "Lil' Play Doh", did knowingly transport a person to wit: MF1, who had not attained the age of 18 years, in interstate commerce from San Diego, CA to Las Vegas, NV, with the intent that the person engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Sections 2423(a), and 2.

## Count 3

On or about March 31, 2001, within the Southern District of California, and elsewhere, defendants ROBERT BANKS III, aka "Pimpsy", and TONY BROWN, aka "Lil' Play Doh", in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, to wit, MF9, a minor over 14 years but under 18 years of age, knowing that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b), and 2.

## Count 4

On or about March 31, 2001, within the Southern District of California, and elsewhere, defendants ROBERT BANKS III, aka "Pimpsy", and TONY BROWN, aka "Lil' Play Doh", in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, to wit, MF10, a minor over 14 years but under 18 years of age, knowing that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a) and (b), and 2.

## Count 5

On or about March 31, 2001, within the Southern District of California, and elsewhere, defendants ROBERT BANKS III, aka "Pimpsy", and TONY BROWN, aka "Lil' Play Doh", in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, to wit, MF11, a minor over 14 years but under 18 years of age, knowing that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act;

in violation of Title 18, United States Code, Sections 1591(a) and (b), and 2.

## Count 6

On or about October 16, 2002, within the Southern District of California and elsewhere, defendants ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice", and HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie", did knowingly transport a person to wit: MF8, who had not attained the age of 18 years, in interstate commerce from San Diego, CA to Las Vegas, NV, with the intent that the person engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Sections 2423(a) and 2.

## Count 7

On or about October 16, 2002, within the Southern District of California, defendants ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice", and HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie", did knowingly transport an individual, AF42, in interstate commerce from San Diego, CA to Las Vegas, NV, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Sections 2421 and 2.

## Count 8

On or about and between June 2004 and January 22, 2007, within the Southern District of California, defendant HAKEEM TAYARI DUNN, aka "Hook", in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, to wit, MF5, a minor over 14 years but under 18 years of age, knowing that the minor had not attained the age of

18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a) and (b).

### Count 9

In or about October 2008, within the Southern District of California, defendant MALIK HASSAN KELLY, aka "Double D", in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, and obtain, by any means a person, to wit, AF33, knowing that force, fraud, and coercion, would be used to cause the person to engage in a commercial sex act; and attempted to do so; in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594(a).

### Count 10

In or about April 1, 2009, within the Southern District of California, defendant MALIK HASSAN KELLY, aka "Double D", in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, AF2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and by any combination of such means would be used to cause the person to engage in a commercial sex act; and attempted to do so, in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594(a).

### Count 11

On or about and between July 2009 and October 19, 2009, within the Southern District of California, defendant HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie", in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, to wit, AF1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and by any combination of such means would be

used to cause the person to engage in a commercial sex act, and attempted to do so; in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594(a).

## Count 12

On or about August 28, 2010, within the Southern District of California, and elsewhere, defendants LABARRON CARNELL COKER, aka "L.B.", and ANTHONY DWAYNE EDMOND, aka "TY", used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, pimping in violation of California Penal Code §266h, and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## Count 13

On or about November 6, 2010, within the Southern District of California, defendant ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon", used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, pimping, in violation of California Penal Code §266h, and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

//
//

On or about December 22 and 30, 2010, within the Southern District of California, defendant ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon", used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, pimping, in violation of California Penal Code §266h, and money laundering, in violation of 18 U.S.C. §1956, and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

## Count 15

On or about December 30, 2011, within the Southern District of California, defendant EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka Florida", in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, MF2, a minor under 18 years of age, knowing and in reckless disregard of the fact that the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years, and attempted to do so; in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594(a).

## Count 16

On or about February 4, 2012, within the Southern District of California, defendant JONATHAN DEVON PRICE, aka "Lil' TY", did knowingly transport two individuals, to wit: AF6 and AF10 in

interstate commerce from San Diego, CA to El Paso, TX, with intent
that such individuals engage in prostitution, and attempted to do so;
in violation of Title 18, United States Code, Section 2421.

### Count 17

On or about February 14-15, 2012, within the Southern District of
California, defendant CHRISTOPHER MICHAEL WALL, aka "Mac Wall", did
knowingly transport an individual, to wit: AF35 in interstate commerce
from San Diego, CA to Denver, CO, with intent that such individual
engage in prostitution, and attempted to do so; in violation of
Title 18, United States Code, Section 2421.

### Count 18

On or about February 28, 2012, within the Southern District of
California, defendant JONATHAN DEVON PRICE, aka "Lil' TY", did
knowingly transport an individual, to wit: AF10 in interstate commerce
from San Diego, CA to El Paso, TX, with intent that such individual
engage in prostitution, and attempted to do so; in violation of
Title 18, United States Code, Section 2421.

### Count 19

In or about and between May 2012 and November 2012, within the
Southern District of California, defendant AKILI LYNN COBB, aka
"Cobb", did knowingly persuade, induce, entice, and coerce an
individual, AF39, to travel in interstate commerce, to wit: from San
Diego, CA to Las Vegas, NV, to engage in prostitution and in any
sexual activity for which any person could be charged with a criminal
offense, and attempted to do so; in violation of Title 18, United
States Code, Section 2422(a).

//

//

### Count 20

On or about June 12, 2012, within the Southern District of California, defendant EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida", did knowingly transport an individual, to wit: NADINE DAVIS in interstate commerce from San Diego, CA to Colorado, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 21

On or about July 12, 2012, within the Southern District of California, defendant CHRISTOPHER MICHAEL WALL, aka "Mac Wall", did knowingly transport an individual, to wit: AF35 in interstate commerce from San Diego, CA to Alaska, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 22

On or about September 21-24, 2012, within the Southern District of California, defendant AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip", did knowingly transport two individuals, defendants NICOLE LEE RICE, aka "Nikki", and YASENIA ARMENTERO in interstate commerce from San Diego, CA to Honolulu, Hawaii, with intent that such individuals engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 23

On or about October 23, 2012, within the Southern District of California, defendant AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip", did knowingly transport an individual, defendant YASENIA ARMENTERO in interstate commerce from San Diego, CA to Arizona, with

intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 24

In or about October 23, 2012, within the Southern District of California, defendant EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida", did knowingly transport an individual, to wit: defendant NADINE DAVIS in interstate commerce from San Diego, CA to Honolulu, Hawaii, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 25

In or about December 2012, within the Southern District of California, and elsewhere, defendant NADINE DAVIS did knowingly transport an individual, to wit: AF9 in interstate commerce from California to New Jersey, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

### Count 26

In or about January 2013, within the Southern District of California, defendants BRADLEY WEST REYNOLDS, aka "Lil' Goldie", and EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida", did knowingly persuade, induce, entice, and coerce an individual, defendant NADINE DAVIS, to travel in interstate commerce, to wit: from San Diego, CA to New Jersey, to engage in prostitution and in any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Sections 2422(a) and 2.

//

## Count 27

In or about January 2013, within the Southern District of California, defendant BRADLEY WEST REYNOLDS, aka "Lil' Goldie", did knowingly transport an individual, to wit: AF20 in interstate commerce from San Diego, CA to Las Vegas, NV, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

## Count 28

On or about January 14, 2013, within the Southern District of California, defendant CHRISTOPHER MICHAEL WALL, aka "Mac Wall", did knowingly persuade, induce, entice, and coerce an individual, AF17, to travel in interstate commerce, to wit from Las Vegas, NV to San Diego, CA, to engage in prostitution and in any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Section 2422(a).

## Count 29

On or about January 17, 2013, within the Southern District of California, defendant CHRISTOPHER MICHAEL WALL, aka "Mac Wall", in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, MF4, a minor under 18 years of age, knowing and in reckless disregard of the fact that the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years, and attempted to do so; in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594.

//

In or about and between January 30-31, 2013, within the Southern District of California, defendant MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT", in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, AF44, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means will be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a) and (b).

## Count 31

On or about January 31, 2013, within the Southern District of California, defendant YASENIA ARMENTERO used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, pimping, in violation of California Penal Code §266h, and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

## Count 32

On or about and between February 21-26, 2013, within the Southern District of California, and elsewhere defendant NICOLE LEE RICE, aka "Nikki", did knowingly transport an individual, to wit: AF21 in interstate commerce from California to Arizona, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

## Count 33

On or about April 16, 2013, within the Southern District of California, defendant JAKARI DEANDREZ BLAKE, aka "Kari", did knowingly transport an individual, to wit: AF34 in interstate commerce from San Diego, CA to Arizona, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

## Count 34

In or about and between April 2013 to June 13, 2013, within the Southern District of California, and elsewhere defendant MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob", did knowingly transport an individual, to wit: AF38 in interstate commerce from California to Arizona, Nevada, Washington and Idaho, with intent that such individual engage in prostitution, and attempted to do so; in violation of Title 18, United States Code, Section 2421.

## Count 35

In or about and between June 2013 - July 16, 2013, within the Southern District of California, defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip", and NICOLE LEE RICE, aka "Nikki", in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, MF6, a minor under 18 years of age, knowing and in reckless disregard of the fact that the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years; and attempted to do so; in violation of Title 18, United States Code, Sections 1591(a), (b) and 1594(a), and 2.

## Count 36

On or about and between September 14-15, 2013, within the Southern District of California and elsewhere, defendant LABARRON CARNELL COKER, aka "L.B.", did knowingly transport a person, to wit: MF7, who had not attained the age of 18 years, in interstate commerce from San Diego, CA to Las Vegas, NV, with the intent that the person engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Section 2423(a).

## Count 37

On or about and between September 28, 2013 to October 5, 2013, within the Southern District of California and elsewhere, defendant LABARRON CARNELL COKER, aka "L.B.", did knowingly transport a person, to wit: MF7, who had not attained the age of 18 years, in interstate commerce from San Diego, CA to Arizona, with the intent that the person engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, and attempted to do so; in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATION

19. All of the allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference herein as though fully set forth for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963. Pursuant to Federal Rules of Criminal Procedure, Rule 32.2, notice is hereby given to the above-named defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963, in the

45

event of any defendant's conviction under Count One of this Indictment.

　　　　a.　Defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka "Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob"; NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, and Dante Levell Grant, aka "Stick Up"; Ronald Ledon Jackson, aka "Smac", aka "Hunnit"; and Edward Reynolds, aka "Mobbin' Ed" (all charged elsewhere); have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1); and

　　　　b.　Defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka

"Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob"; NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, and Dante Levell Grant, aka "Stick Up"; Ronald Ledon Jackson, aka "Smac", aka "Hunnit"; and Edward Reynolds, aka "Mobbin' Ed" (all charged elsewhere), have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(2); and

       c.  Defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka "Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob";

NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, and Dante Levell Grant, aka "Stick Up"; Ronald Ledon Jackson, aka "Smac", aka "Hunnit"; and Edward Reynolds, aka "Mobbin' Ed" (all charged elsewhere), have property constituting and derived from proceeds obtained, directly and indirectly, from the racketeering activity described in this Indictment, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3).

20. The interests of the defendants subject to forfeiture to the United States pursuant to Title 18, United States Code, Sections 1963(a)(1), (a)(2) and (a)(3), include but are not limited to any and all proceeds or property derived from proceeds traceable to the racketeering activities alleged in Count One during the relevant time  period alleged in the indictment and all interests and proceeds traceable thereto, including but not limited to the following assets:

a. 2006 Mercedes Benz C4, California License Plate No. 6WLW831, VIN :WDDDJ75X16A062724;

b. 1991 Chevrolet Caprice, California License Plate No. 6H05018; VIN :1G1BL53E1MW258978;

c. 2002 Cadillac, California License Plate No. 6PRU541, VIN :1G6KD54Y02U299370;

d. 2004 Mercedes Benz, California License Plate No. 6TZL380, VIN :WDBRF40J04F544702;

e. Gold Chain with large gold cross pendant;

f. Removable "grill", also known as a cosmetic partial denture belonging to defendant Tony Brown;

g. Gold veneer affixed to the teeth of defendant Aaron Dwayne Pittman;

h. Gold veneer affixed to the teeth of defendant Alvin Bernard Mitchell;

i. Six (6) "pimp" cups seized from defendant Aaron Dwayne Pittman's apartment.

21. Each of the defendants is jointly and severally liable for the forfeiture obligations alleged above.

22. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 1963.

23. Upon conviction of the offenses set forth in Counts 3, 4, 5, 8, 9, 10, 11, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 27, 29, 30 and 35, defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN,

49

aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka "Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob"; NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, and Dante Levell Grant, aka "Stick Up"; Ronald Ledon Jackson, aka "Smac", aka "Hunnit"; and Edward Reynolds, aka "Mobbin' Ed" (all charged elsewhere),shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all right, title and interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses.

All pursuant to Title 18, United States Code, Section 1594(d).

24. Upon conviction of the offenses set forth in Counts 2, 6, 7, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 32, 33, 34, 36 and 37, defendants AARON DWAYNE PITTMAN, aka "Q-Tip", aka "Lil' Q-Tip"; ALVIN BERNARD MITCHELL, aka "A.J.", aka "Juice"; ROBERT BANKS III, aka "Pimpsy"; HAKEEM TAYARI DUNN, aka "Hook"; MARCUS ANTHONY STEVENSON, aka "OT", aka "Lil' OT"; LABARRON CARNELL COKER, aka "L.B."; MALIK HASSAN KELLY, aka "Double D"; HAROLD RANDOLPH MARTIN, aka "Dump", aka "Magic", aka "Goldie"; ANTHONY DWAYNE EDMOND, aka "TY"; TONY BROWN, aka "Lil' Play Doh"; JAKARI DEANDREZ BLAKE, aka "Kari"; JONATHAN DEVON PRICE, aka "Lil' TY"; BRADLEY WEST REYNOLDS, aka "Lil' Goldie"; AKILI LYNN COBB, aka "Cobb"; ANTWON RUASON

HOLLINGSWORTH, aka "Mack Twon"; CHRISTOPHER MICHAEL WALL, aka "Mac Wall"; EVERETT BURDETTE WILLIAMS, aka "Polo Flo", aka "Florida"; MARCUS JOHN ANTHONY GRIFFIN, aka "Money Bagz", aka "Tiny Shoob"; NICOLE LEE RICE, aka "Nikki"; YASENIA ARMENTARO; and NADINE DAVIS, and Dante Levell Grant, aka "Stick Up"; Ronald Ledon Jackson, aka "Smac", aka "Hunnit"; and Edward Reynolds, aka "Mobbin' Ed" (all charged elsewhere), shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a) and (b), all right, title and interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses.

All pursuant to Title 18, United States Code, Section 2428(a).

## NOTICE OF SPECIAL SENTENCING FACTORS REGARDING COUNT ONE

1. <u>Sex Trafficking of Children - 18 U.S.C. § 1591</u>

On or about the dates listed below, within the Southern District of California, and elsewhere, defendants (see below), in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (see below), knowing and in reckless disregard of the fact that the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years; in violation of Title 18, United States Code, Section 1591(a) and (b).

//
//
//

| Dates | Defendant(s) | Minor(s) |
|---|---|---|
| March 31, 2001 | Tony Brown, Robert Banks III | MF9, MF10, MF11 |
| June 2004 - January 22, 2007 | Hakeem Tayari Dunn | MF5 |
| December 30, 2011 | Everett Burdette Williams | MF2 |
| July 15, 2012 | Hakeem Tayari Dunn, Dante Levell Grant | MF3 |
| January 17, 2013 | Christopher Michael Wall | MF4 |
| June 2013 - July 16, 2013 | Aaron Dwayne Pittman, Nicole Lee Rice | MF6 |

   2. <u>Sex Trafficking by Force, Fraud or Coercion - 18 U.S.C. § 1591</u>

   On or about the dates listed below, within the Southern District of California, and elsewhere, defendants (see below), in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (see below), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means will be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a) and (b).

| Dates | Defendant(s) | Person |
|---|---|---|
| October 2008 | Malik Hassan Kelly | AF33 |
| April 1, 2009 | Malik Hassan Kelly | AF2 |
| July 2009 - October 19, 2009 | Harold Randolph Martin | AF1 |
| December 6, 2011 | Ronald Ledon Jackson | AF40 |
| July 15, 2012 | Hakeem Tayari Dunn, Dante Levell Grant | MF3 |
| January 30, 2013 | Marcus Anthony Stevenson | AF44 |

//

//

//

### 3. Transportation of Minors - 18 U.S.C. § 2423

On or about the dates listed below, within the Southern District of California and elsewhere, defendant (listed below), did knowingly and willfully transported a person (see below), who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that the person engage in prostitution and any sexual activity for which any person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2423(a).

| Dates | Defendants | Person |
|---|---|---|
| August 12, 2000 | Tony Brown, Robert Banks III | MF1 |
| October 16, 2002 | Alvin Bernard Mitchell, Harold Randolph Martin | MF8 |
| September 14-15, 28 - October 5, 2013 | Labarron Carnell Coker | MF7 |

DATED:   November 20, 2014.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By:

ALESSANDRA P. SERANO
Assistant U.S. Attorney