**ANTHONY E. COLOMBO JR.**
California Bar No. 218411
105 West F Street
San Diego, California 92101
Telephone: (619) 236-1704
Facsimile: (619) 236-1852
anthonycolombolegal@gmail.com

Attorney for Aaron Pittman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13cr4510-JAH |
| Plaintiff, | DATE: November 6, 2015<br>TIME: 9:30 A.M. |
| v. | DEFENDANT'S NOTICE OF MOTION AND MOTION FOR: |
| **AARON PITTMAN et al. (1)**, | |
| Defendant, | 1) LEAVE TO FILE SUPPLEMENTAL BRIEF. |

TO: LAURA E. DUFFY, UNITED STATES ATTORNEY;
ALESSANDRA SERANO; TODD ROBINSON;
ASSISTANT UNITED STATES ATTORNEYS.

Defendant, Aaron Pittman, by and through his counsel, Anthony E. Colombo Jr., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules hereby files the following Notice of Motion and Motion for Leave to File a Supplemental Brief. Mr. Pittman maintains that the Ninth Circuit's recent opinion issued last week on September 23, 2015 in *United States v. Flores*, __F.3d__ (9th Cir. 2015) is relevant to the Court's analysis of the issues raised in defendant's motion to suppress [Dkt. Doc. 870]. Thus, Mr. Pittman's supplemental brief based upon *Flores* was required.

Respectfully Submitted,

/s/ Anthony E. Colombo Jr.

Dated: September 28, 2015        **ANTHONY E. COLOMBO JR.**
Attorney for Mr. Pittman