UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AARON PITTMAN et al. (1),  )<br>  )<br>      Defendant.  )<br>_____) | Case No. 13cr4510-JAH<br><br>**ORDER** |

  GOOD CAUSE APPEARING, based upon defense counsel's motion, the Court grants leave for counsel to file his Supplemental Brief (dkt. no. 917) in support of his motion to suppress.

  IT IS SO ORDERED.

Dated: September 28, 2015

JOHN A. HOUSTON
United States District Judge

13cr4510-JAH