PROB 12B
(08/16)

June 18, 2019
pacts id: 349738

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Alvin Bernard Mitchell (English)     **Dkt No.:** 13CR04510-002-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, Senior U.S. District Judge

**Sentence:** 18 months' custody, to be calculated as of April 4, 2016, and to run consecutively to Nevada State case no C132927341; 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2016

**Date Supervised Release Commenced:** April 19, 2019

**Prior Violation History:** None.

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**REMIT:**

Reside in a halfway house for six months (punitive placement).

**ADD:**

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 6 months (punitive). Subsistence shall be waived.

## CAUSE

Upon his release from federal custody, Mr. Mitchell was placed at Working Alternatives, Inc., a residential reentry center (RRC) in Brawley, California, in order to begin the six-month punitive placement ordered by the Court. At the time of his release, Mr. Mitchell could not be placed in San Diego RRC due to separatee issues. Mr. Mitchell recently obtained full-time employment in San Diego, which requires him to commute to San Diego on a daily basis. Because Mr. Mitchell is responsible for his own transportation expenses, he quickly discovered that the expenses related to his commute significantly decreased his net income. He subsequently requested the RRC's subsistence fee be waived. The undersigned concurs with his request for the subsistence waiver, as it will allow him save for his eventual transition from the RRC. Mr. Mitchell signed a waiver of hearing form, agreeing to the modification of his RRC condition to include the subsistence waiver.

Therefore, in view of the aforementioned, it is respectfully recommended the conditions of Mr. Mitchell's supervised release be modified, as specified above.

Respectfully submitted:

by _____
Lorena Gonzalez
Senior U.S. Probation Officer
(760) 339-4215

Reviewed and approved:

_____
Pascual Linarez
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above.

___ Other _____

_____
The Honorable John A. Houston
Senior U.S. District Judge

6-20-19
Date

NF